UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>L.E. SCRIBNER, Warden,<br><br>　　　　　Respondent. | No. CV 07-3804 ABC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as time-barred.

DATED: September 17, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　　　　United States District Judge